CSD 1186 [07/01/18]

Name, Address, Telephone No. & I.D. No.
**Alberto Carranza Esq. 237749**
**333 H Street #5000**
**Chula Vista, CA 91910**
**619-946-5031**
**237749 CA**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Maria Teresa Macias Ibarra**

Debtor.

BANKRUPTCY NO. **21-02389-LA13**

**CARVANA LLC**

Moving Party

RS NO. **GB-1**

**Maria Teresa Macias Ibarra**

Respondent(s)

Hearing Date: **09/09/2021**
Hearing Time: **2:00 PM**

## REQUEST FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND NOTICE OF HEARING

TO:[1] THE HONORABLE BANKRUPTCY JUDGE LOUISE ADLER, THOMAS H BILLINGSLEA JR., CHAPTER 13 TRUSTEE; CARVANA LLC, MOVANT AND ALL INTERESTED PARTIES:

**You are notified** that     **MARIA TERESA MACIAS IBARRA**     ,
a party in interest, objects to the above-entitled Motion for Relief from Automatic Stay. Respondent is [check one]:

☑ Debtor        ☐ United States Trustee        ☐ Trustee

☐ Creditor      ☐ Other (specify):_____

According to the Moving Party's Notice of Filing a Motion for Relief from Automatic Stay, the last date for filing and serving this Request is    **08/23/2021**    .[2]

**You are further notified** that a hearing will be held to consider and act upon the Motion in Dept. No. **2**, Room **118**, Jacob Weinberger United States Courthouse, 325 West F Street, San Diego, California 92101-6991, on  **09/09/2021**  , at  **2:00**  p .m.

DATED:   **August 23, 2021**            /s/ Alberto Carranza Esq.
                                        Alberto Carranza Esq. 237749

                                        **333 H Street #5000**
                                        **Chula Vista, CA 91910**
                                        (Address) (City, State, ZIP code)

                                        ☑ Attorney for Respondent
                                        ☐ Respondent

---

[1]LBR 4001-3, printed on the reverse, governs service of this Notice.
[2]Date is calculated as the 11th day after the day of service of the Notice of Motion, as indicated in the Certification of Service that accompanies that Notice. If you were served by mail, the date is calculated as the 14th day after the day of service. Depending on how you were served, you may have additional time for response. See FRBP 9006.

**All pleadings related to this particular RS action must contain the above caption**

CSD 1186                                                                    [Continued on Page 2]

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

`CSD 1186 (Page 2)` [07/01/18]

## LOCAL BANKRUPTCY RULE 4001-3

(a) If personally served, oppositions to a motion for relief from stay, together with Local Form CSD 1186, must be filed and served upon the Movant, named respondents and the U.S. Trustee not later than 11 days after service of the motion for relief from stay and notice. If not personally served, the opposing party will have 14 days to serve and file such opposition as provided by FRBP 9006(f). If the opposition relates to real or personal property, the opposition must substantially conform to Local Form CSD 1161.

(b) Before serving the objection, the objecting party must obtain a hearing date.

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on __23rd__ day of __August__, __2021__, I served a true copy of this **Request for Hearing on Motion for Relief from Automatic Stay and Notice of Hearing**, together with a copy of the accompanying **Declaration in Opposition to Motion for Relief from Stay,** together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:

List additional papers: CSD 1161

1. **To be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __08/23/2021__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Attorney for Moving Party:         ☐ Attorney for Debtor (if required):

☐ Chapter 7 Trustee          X  Daniel K. Fujimoto on behalf of Creditor Carvana, LLC wdk@wolffirm.com

☐ For Chpt. 7, 11, & 12 cases:   ☑ For ODD numbered Chapter 13 cases:   ☐ For EVEN numbered Chapter 13 cases
UNITED STATES TRUSTEE          THOMAS H. BILLINGSLEA, JR., TRUSTEE          DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov          billingslea@thb.coxatwork.com          admin@ch13.sdcoxmail.com
                                                                         dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail:**

On __08/23/2021__, I served the following person(s) and/or entity(ies) at the last known addresses (es)in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Moving Party:         ☐ Attorney for Debtor (if required):

**CARVANA LLC**
**PO BOX 29018**
**PHOENIX AZ 85038**

`CSD 1186`

`CSD 1186 (Page 3)` [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

    Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Moving Party:  ☐ Attorney for Debtor (if required):

    I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on: **August 23, 2021**
(Date)

**/s/ Alberto Carranza Esq.**
**Alberto Carranza Esq. 237749**

**333 H Street #5000**
**Chula Vista, CA 91910**
(Address) (City, State, ZIP code)

CSD 1186

CSD 1161 [07/01/18]

Name, Address, Telephone No. & I.D. No.
**Alberto Carranza Esq. 237749**
**333 H Street #5000**
**Chula Vista, CA 91910**
**619-946-5031**
**237749 CA**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Maria Teresa Macias Ibarra**

Debtor.

BANKRUPTCY NO. **21-02389-LA13**

**Carvana LLC**

Moving Party

RS NO. **GB-1**

**Maria Teresa Macias Ibarra**

Respondent(s)

Hearing Date: **09/09/2021**
Hearing Time: **2:00 PM**

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
☐ REAL PROPERTY        ☑ PERSONAL PROPERTY

Respondent in the above-captioned matter moves this Court for an Order denying relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7  ☐ 11  ☐ 12  ☑ 13  was filed on **6/07/21**.

2. Procedural Status:
   a. ☐ Name of Trustee Appointed *(if any)*: **THOMAS H BILLINGSLEA JR.**

   b. ☐ Name of Attorney of Record for Trustee *(if any)*:

   c. ☐ Debtor has previously filed a Bankruptcy Petition on: ____.
      If applicable, the prior case was dismissed on: __.

   d. ☑ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on ___/ /___ or a confirmation hearing is set for ___.

3. *Number of unsecured creditors **3**. Amount of unsecured debt $ **7,583.00**.

4. *Last operating report filed: __

5. *Disclosure statement: Filed? (yes/no)____. Approved? (yes/no)____.
   If yes, date of plan confirmation hearing: __

---

*Only required if respondent is the debtor in a Chapter 11 case.
CSD 1161
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

`CSD 1161 (page 2)` [07/01/18]

Respondent alleges the following in opposition to the Motion:

1. ☐ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

   c. Legal description of property is attached as Exhibit A.

   d. **Fair market value of property: $____.

   e. **Nature of Respondent's interest in the property:

2. ☑ The following personal property is the subject of this Motion *(describe property)*:   **2018 HYUNDAI SANTA SP**

   a. **Fair market value of property: $ **33,675.00**  .

   b. **Nature of Respondent's interest in the property:   **TITLE OWNER**

3. Status of Movant's loan:
   a. Balance owing on date of Order for Relief:  $ **17479.49**
   b. Amount of monthly payment:  $ **434.00**
   c. Date of last payment:  **04/30/2021**
   d. If real property,
      (1) Date of default:
      (2) Notice of Default recorded on:
      (3) Notice of Sale published on:
      (4) Foreclosure sale currently scheduled for:
   e. If personal property,
      (1) Pre-petition default:  $ **873.00**   No. of months: **2**
      (2) Post-petition default: $ **873.00**   No. of months: **2**

4. *(If Chapter 13 Case, state the following:)*
   a. Date of post-petition default:  **06/28/2021**
   b. Amount of post-petition default:  $ **868.00**

5. Encumbrances:
   a. Voluntary encumbrances on the property:

| Lender Name | Principal Balance | Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: **MOVANT** | 16312.7 | 878.00 | 2 | 868.00 | 2 |
| 2nd: | | | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ | $ | | $ | |

** Separately filed Declaration required by LBR 4001-4.

CSD 1161 (page 3) [07/01/18]

  b. Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens):
   ☐ See attached page, if necessary.

6. Relief from the automatic stay should not be granted because:
  a. ☑ Movant's interest in the property described above is adequately protected.

  b. ☑ Debtor has equity in the property described above and such property is necessary to an effective reorganization.

  c. ☐ The property is not "single asset real estate", as defined in 11 U.S.C. § 101(51B).

  d. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and less than 90 days (or __ days ordered by this court) have passed since entry of the order for relief in this case, or

   (1) the Debtor/Trustee has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or

   (2) the Debtor/Trustee has commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien) which payments are equal to interest at a current fair market rate on the value of each creditors' interest in the property.

  e. ☐ Other *(specify)*: ☐ See attached page.

When required, Respondent has filed a separate Declaration pursuant to Local Bankruptcy Rules 4001-4.

Respondent attaches the following:

1. ☑ Other relevant evidence: **DECL OF DEBTOR IN OPPOSITION OF MOTION**

2. ☐ *(Optional)* Memorandum of points and authorities upon which the responding party will rely.

WHEREFORE, Respondent prays that this Court issue an Order denying relief from the automatic stay.

Dated: **August 23, 2021**

              **/s/ Alberto Carranza Esq.**
              [Attorney for] Respondent

```
Alberto Carranza, 237749
333 H Street #5000
Chula Vista, CA 91910
(619) 946-5031 phone
(619) 946-5033 fax

Attorneys for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MARIA TERESA MACIAS IBARRA | Case No. 21-02389-LA13<br><br>DEBTOR'S DECLARATION IN OPPOSITION TO MOTION FOR RELIEF<br><br>Date: 02/28/2019<br>Time: 2:00 PM<br>D-2 |

I am the Debtor herein and in response to the Motion for Relief file by Carvana LLC (Movant), do declare as follows:

1. My chapter 13 bankruptcy was filed on June 07, 2021. A second continued 341a hearing has been scheduled for September 20, 2021 @ 1045 AM to remedy the subject motion.

2. The purpose of instant chapter 13 case is to cure mortgage arrears on my residence.

3. Movant holds a security interest on my personal vehicle – a 2018 Hyundai Sonata.

4. Due to err, on the filing date of my chapter 13 petition I owed two (2) pre-petition payments. I now also owe two (2) post-petition payments. Retaining my vehicle is essential to daily life including travel to my place of employment.

5. Through counsel, I intend on filing an amended plan prior to confirmation allowing for the cure of the two (2) pre-petition auto payments. I also intend on curing the two (2) post-petition auto payments via an adequate protection order.

- 1

6. I believe I can maintain regular monthly payments and intend on curing all post-petition auto loan arrears by stipulating adequate protection with the secured creditor.

7. I request the motion be denied or continued to allow for such discussions.

8. I consent to my attorney being awarded guideline fees for preparing this opposition.

I (we) declare under the penalty of perjury that the above is true and correct.

Dated <u>August 23, 2021</u>                    <u>/s/ Maria Teresa Macias Ibarra</u>
                                                          Debtor1